Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
(818) 933-5700 Fax: (818) 933-5755

☐ ORIGINAL

FILED
JUN 29 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

ENTERED
JUN 29 2010

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

IN RE:

Kenneth Rivera
Lisa Rivera

           DEBTORS

) CHAPTER 13
) CASE NO. ND10-10972-RR
)
) CONF:   Thursday, May 27, 2010
) TIME:   10:00 am
) PLACE:  1415 State Steet
)         Courtroom 201
)         Santa Barbara, CA 93101
)
) ORDER CONFIRMING PLAN

The Debtor's Chapter 13 Plan or Modified Plan, if any, was filed on March 16, 2010.

A Plan, or the final modification of the Plan, was transmitted to the Creditors under Bankruptcy Rule 3015. The first meeting of creditors was held on April 28, 2010. The court finds that the Plan meets the requirements of 11 U.S.C. 1325.

IT IS ORDERED:
The Debtor's Plan was confirmed on May 27, 2010, with the following provisions:

1. Payments: Amount of each payment is $1,057.00. The due date is day 1 of each month for 60 months. No payroll deduction order is ordered until debtor is in default more than 20 days, unless provided otherwise by the Plan. The Plan provides for the payment of 0.000% of allowed claims of general unsecured creditors.

No further declaration or order is required.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors for post-petition defaults by the debtor.

3. OTHER PROVISIONS:

   (a) This is a base plan with the debtor paying $1,057.00 per month as disposable income. The court retains jurisdiction to hear the Trustee's motion to compel the debtor to pay all disposable income. Debtor shall submit statements of income on an annual basis to the Trustee, which amount of income shall be reviewed by the Trustee who may petition the court to increase the monthly payment for cause until such time as all allowed unsecured creditors are paid 100%.

   (b) The Trustee is authorized to make payments to holders of claims secured by real property based on Debtor's plan.

   (c) All tax returns to be submitted to the Trustee; all tax refunds to be submitted into the plan if less than 100%; Debtors to obtain court permission before incurring debt greater than $500.

   (d) Miscellaneous: Attorney fees of $4,000 allowed per Rights And Responsibilities Agreement with $3,400 paid up front and $600 thru plan @ 50%.

Dated: JUN 29 2010



_____
ROBIN RIBLET
U.S. Bankruptcy Judge

Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
(818) 933-5700  Fax: (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

IN RE:                                    )   CHAPTER 13
                                          )   CASE NO. ND10-10972-RR
Kenneth Rivera                            )
Lisa Rivera                               )
                                          )   **PROOF OF SERVICE BY MAIL**
                                          )
                    DEBTORS               )
                                          )

PROOF OF SERVICE

  I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 6/24/2010 I served the following document(s): ORDER CONFIRMING PLAN on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

Kenneth Rivera                            Susan Salehi
Lisa Rivera                               3639 HARBOR BLVD #209
1020 Nina Drive                           VENTURA, CA 93001
Oxnard, CA 93020

Ms. Jennifer Braun
Assistant United States Trustee
Department of Justice
21051 Warner Center Lane, #115
Woodland Hills, CA 93101-3101

Executed at Sherman Oaks, California on June 24, 2010.

                                          _____
                                          Sophia Lawrence